# EXHIBIT G

**EXHIBIT G**

Defendant's website (https://www.leupold.com) lists or has listed at least the following scopes as having the Illum. Impact-23 MOA reticle:

- VX-6HD 4-24x52mm