# EXHIBIT H

## EXHIBIT H

Defendant's website (https://www.leupold.com) lists or has listed at least the following products as having the Impact-29 MOA reticle:

- **Mark 4 LR/T 6.5-20x50mm**