# EXHIBIT I

**EXHIBIT I**

      Defendant's website (https://www.leupold.com) lists or has listed at least the following scopes as having the Illum. Impact-29 MOA reticle:

- VX-6HD 3-18x44mm
- VX-6HD 3-18x50mm

Exhibit I
Page 1 of 1