# EXHIBIT J

# EXHIBIT J

Defendant's website (https://www.leupold.com) lists or has listed at least the following products as having the Impact-32 MOA reticle:

- **Redfield BattleField 10x42 Binoculars**
- **VX-6HD 1-6x24mm (30mm) MultiGun CDS-ZL2**
- **SS L&S Tee W Neon Magenta**
- **SS L&S Tee Navy Heather**
- **STD Browning AB3 2-pc (8-40)**
- **DD 34mm Super High**
- **DD 34mm High**
- **QR 34mm High**
- **QR 34mm Super High**
- **BX-1 Rogue 8x25mm**
- **BX-1 Yosemite 6x30mm**
- **BX-1 Rogue 10x25mm**
- **BX-1 Yosemite 8x30mm**
- **Mark 6 Throw Lever**
- **BX-1 Yosemite 10x30mm**
- **BX-1 McKenzie 8x42mm**
- **BX-1 McKenzie 10x42mm**
- **UltimateSlam LR 3-9x40mm**
- **VX-3i 3.5-10x40mm**
- **VX-3i 1.5-5x20mm**
- **VX-3i 2.5-8x36mm**
- **VX-3i 1.75-6x32mm**
- **VX-2 4-12x50mm**
- **VX-2 Rimfire 3-9x33mm**
- **Mark AR MOD 1 4-12x40mm**
- **FX-3 Competition Hunter 6x42mm**
- **VX-3i 3.5-10x50mm**
- **VX-2 6-18x40mm**
- **VX•R 1.25-4x20mm**
- **VX•R 2-7x33mm**
- **VX•R 3-9x40mm**
- **FX-3 12x40mm**
- **Mark AR MOD 1 6-18x40mm**
- **VX-3i 4.5-14x40mm**

- **VX•R Hog 1.25-4x20mm (30mm)**
- **VX-3 Handgun 2.5-8x32mm**
- **VX-3i 4.5-14x40mm (30mm) Side Focus**
- **VX-3i 4.5-14x50mm**
- **VX•R 3-9x50mm**
- **VX•R 1.5-5x33mm Scout**
- **VX-3i 4.5-14x40mm (30mm) Side Focus CDS**
- **VX•R 4-12x40mm**
- **FX-3 Silhouette 25x40mm**
- **Mark 4 MR/T 1.5-5x20mm**
- **VX-3i 4.5-14x50mm (30mm) Side Focus**
- **VX•R 4-12x50mm**
- **FX-3 Silhouette 30x40mm**
- **VX-3i 4.5-14x50mm (30mm) Side Focus CDS**
- **VX-3i 6.5-20x40mm**
- **VX-3i 6.5-20x40mm Side Focus**
- **VX-5HD 1-5x24mm**
- **VX-5HD 2-10x42mm**
- **Mark 4 LR/T 4.5-14x40mm**
- **VX-5HD 2-10x42mm CDS-ZL2**
- **VX-3i 3.5-10x56mm**
- **VX-3i LRP 4.5-14x50mm**
- **VX-3i 6.5-20x50mm**
- **VX-3i 8.5-25x50mm**
- **VX-3i LRP 6.5-20x50mm**
- **VX-5HD 3-15x44mm CDS-ZL2**
- **VX-5HD 1-5x24mm CDS-ZL2**
- **VX-3i LRP 8.5-25x50mm**
- **VX-3i LRP 8.5-25x50mm (30mm) Side Focus MIL**
- **Mark 4 MR/T 2.5-8x36mm**
- **Mark 4 LR/T 4.5-14x50mm**
- **Leupold Carbine Optic (LCO)**
- **VX-3i 4.5-14x56mm**
- **Competition Series 35x45mm**