# EXHIBIT K

**EXHIBIT K**

Defendant's website (https://www.leupold.com) lists or has listed at least the following scopes as having the Illum. Impact-45 MOA reticle:

- **VX-6HD 2-12x42mm**