# EXHIBIT L

**EXHIBIT L**

Defendant's website (https://www.leupold.com) lists and/or has listed at least the following products as having the CMR-W GRID reticle:

- **Rifleman 3-9x40mm**
- **FX-I Rimfire 4x28mm**
- **VX-1 2-7x33mm**
- **VX-1 3-9x40mm**
- **VX-1 Shotgun/Muzzleloader 2-7x33mm**
- **VX-1 Shotgun/Muzzleloader 1-4x20mm**
- **VX-1 Rimfire 2-7x28mm**
- **VX-1 Shotgun/Muzzleloader 3-9x40mm**
- **Rifleman 4-12x40mm**
- **VX•HOG 1-4x20mm**
- **UltimateSlam 2-7x33mm**
- **FX-II Ultralight 2.5x20mm**
- **VX-2 1-4x20mm**
- **VX-2 2-7x33mm**
- **VX-2 3-9x40mm**
- **VX-1 3-9x50mm**
- **VX-1 4-12x40mm**
- **Competition Sereis 40x45mm**
- **Competition Sereis 45x45mm**
- **Mark 4 LR/T 3.5-10x40mm**
- **VX-5HD 3-15x56mm CDS-ZL2**
- **Mark 4 2.5-8x36mm**
- **Mark 4 LR/T 6.5-20x50mm**
- **VX-6HD 1-6x24mm**
- **Mark 4 LR/T 10x40mm**
- **Mark 4 LR/T 8.5-25x50mm**
- **VX-6HD 1-6x24mm Multigun**
- **VX-6HD 1-6x24mm Multigun**
- **VX-6HD 2-12x42mm**
- **D-EVO**
- **Mark 4 ER/T 4.5-14x50mm**
- **Mark 4 LR/T 16x40mm**
- **VX-6HD 3-18x44mm**
- **VX-6HD 3-18x50mm**
- **Mark 4 ER/T 8.5-25x50mm**

Exhibit L
Page 1 of 1