# EXHIBIT M

Case 3:17-cv-01153-AC    Document 1-13    Filed 07/25/17    Page 1 of 2

**EXHIBIT M**

Defendant's website (https://www.leupold.com) lists or has listed at least the following products as having the TS-29 X1 reticle:

- **Mark 4 LR/T M1 6.5-20x50mm**