# EXHIBIT N

**EXHIBIT N**

Defendant's website (https://www.leupold.com) lists or has listed at least the following products as having the TS-32X1 MOA reticle:

- **Mark 4 LR/T M1 4.5-14mx50mm**