Scott E. Davis, OSB No. 022883
Email: scott.davis@klarquist.com
Todd M. Siegel, OSB No. 001049
Email: todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

David A. Casimir, pro hac vice
Email: dacasimir@casimirjones.com
David W. Staple, pro hac vice
Email: dwstaple@casimirjones.com
CASIMIR JONES S.C.
2275 Deming Way, Suite 310
Middleton, WI 53562
Telephone: (608) 662-1277

Attorneys for Plaintiffs
LIGHTFORCE USA, INC. and
HVRT CORP.

Scott D. Eads, OSB #910400
Email: seads@schwabe.com
Brenna K. Legaard, OSB 001658
Email: blegaard@schwabe.com
Jason A. Wrubleski, OSB #120524
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981

Attorneys for Defendant
LEUPOLD & STEVENS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA; and HVRT CORP., <br><br>     Plaintiffs, <br><br>     v. <br><br> LEUPOLD & STEVENS, INC., <br><br>     Defendant. | Civil Case No.: 3:17-cv-01153-AC <br><br> **JOINT CLAIM CONSTRUCTION CHART** |

   Pursuant to the Court's Scheduling Orders, Plaintiffs Lightforce USA, Inc. and HVRT Corp. (collectively "Nightforce") and Defendant Leupold & Stevens, Inc. ("Leupold"), by and through their attorneys of record, hereby submit the Joint Claim Construction Chart attached hereto as Exhibit A.

This Joint Claim Construction Chart sets forth the patents-in-suit, the numbers of the claims containing the disputed terms, the text of the disputed patent claim terms requiring construction, each party's proposed claim construction, and both side's citations to supporting intrinsic and extrinsic evidence.

The parties have reached agreement regarding the constructions of the following patent claim terms, and stipulate that the terms do not require any claim construction by the Court:

| Term/Phrase | Patents: Claim(s) | Stipulated Claim Construction |
|---|---|---|
| Primary horizontal cross-hair | '595: 1<br>'806: 1,3,27,29<br>'608: 1,3,27,29 | The most prominent horizontal cross-hair, which intersects with the primary vertical cross-hair |
| Secondary vertical cross-hair(s) | '595: 1<br>'806: 1,3,27,29<br>'608: 1,3,27,29 | Vertical cross-hairs that are less prominent than primary cross-hairs, and that intersect at least one horizontal cross-hair |
| Secondary horizontal cross-hair(s) | '595: 1<br>'806: 1,3,27,29<br>'608: 1,3,27,29 | Horizontal cross-hairs that are less prominent than primary cross-hairs, and that intersect at least one vertical cross-hair |
| Aiming point | '595: 1<br>'806: 1, 3, 27, 29<br>'608: 1, 3, 27, 29 | A point on a reticle that helps a shooter aim at a target. |
| Intersects one and only one | '806: 1,3,27,29<br>'608: 1,3,27,29 | Plain and ordinary meaning |
| Evenly spaced | '806: 1,27<br>'595: 1<br>'123: 1,85 | Plain and ordinary meaning |
| Uninterrupted straight line | '806: 1,3,27,29 | Plain and ordinary meaning |
| Quadrant | '595: 1 | Any of four regions defined by the intersection of two perpendicular lines. |

Defendants have alleged that the following terms of the '123 patent are indefinite:

| Term/Phrase | Claim(s) |
|---|---|
| Lead markings | 85 |
| Intersection point comprises an open center | 13, 97 |
| Intersecting<br>Intersection | 1, 3, 13, 17, 22, 85, 87, 97, 110 |
| Interrupted dot cross-hairs | 1, 17, 22, 85 |
| Secondary horizontal cross-hair(s) | 1, 3, 13, 17, 22, 85, 87, 97,110 |

JOINT CLAIM CONSTRUCTION CHART                                                                 2

| **Term/Phrase** | **Claim(s)** |
|---|---|
| Primary horizontal cross-hair | 1, 3, 13, 17, 22, 85, 87, 97,110 |
| Secondary vertical cross-hair(s) | 1, 3, 13, 17, 22, 85, 87, 97,110 |
| Primary vertical cross-hair | 1, 3, 13, 17, 22, 85, 87, 97,110 |
| Cross-hair | 1, 3, 13, 17, 22, 85, 87, 97,110 |

The parties have agreed to defer claim construction of the terms alleged to be indefinite to a later date, and to have them addressed in the context of, for example, a motion for a summary judgment of indefiniteness.

Dated: July 13, 2018

Respectfully submitted,

*s/Scott E. Davis*
Scott E. Davis, OSB No. 022883
scott.davis@klarquist.com
Todd M. Siegel, OSB No. 001049
todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP

David A. Casimir, *pro hac vice*
Email: dacasimir@casimirjones.com
David W. Staple, *pro hac vice*
Email: dwstaple@casimirjones.com
CASIMIR JONES, S.C.

Attorneys for Plaintiffs
LIGHTFORCE USA, INC. and
HVRT CORP.

*s/Scott D. Eads*
Scott D. Eads, OSB #910400
Email: seads@schwabe.com
Brenna K. Legaard, OSB #001658
Email: blegaard@schwabe.com
Jason A. Wrubleski, OSB #120524
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.

Attorneys for Defendant
LEUPOLD & STEVENS, INC.