UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LIGHTFORCE USA, INC. d/b/a/ NIGHTFORCE OPTICS and NIGHTFORCE USA; and HVRT CORP., | Case No. 3:17-cv-01153-AC |
| Plaintiffs, | JUDGMENT |
| v. | |
| LEUPOLD & STEVENS, INC., | |
| Defendant. | |

ACOSTA, Magistrate Judge:

Pursuant to the Opinion and Order dated May 15, 2019, the resulting Consent Judgment of Non-Infringement of U.S. Patent Nos. 6,453,595; 8,707,608; and 8,966,806 entered August 26, 2019, and the Opinion and Order resolving claims of infringement of U.S. Patent No. 9,335,123 dated September 24, 2020, the court finds this matter has been fully adjudicated.  Consequently,

PAGE 1 – JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED that this case is DISMISSED with prejudice. Pending motions, if any, are DENIED as moot and all scheduling dates shall be vacated and stricken from the calendar.

DATED this 30th day of September, 2020.

_____
JOHN V. ACOSTA
United States Magistrate Judge

PAGE 2 – JUDGMENT